UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>JOSE RODRIGUEZ FLORES,<br>    Defendant. | CRIMINAL ACTION NO. 5:13-97-KKC<br><br>**MEMORANDUM<br>OPINION AND ORDER** |

    This matter is before the Court on Defendant Jose Rodriguez Flores' motion (DE 645) for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

    Defendant pleaded guilty to conspiracy to distribute oxycodone and conspiracy to commit money laundering. (DE 532). On May 21, 2015, the Court sentenced Defendant to a term of 188 months imprisonment. (DE 634). Amendment 782 took effect on November 1, 2014, more than six months before Defendant's sentencing. Because Defendant was sentenced under the amended guidelines, he is not eligible for a reduction.

    Accordingly, it is **ORDERED** that the Defendant's motion for a sentence reduction (DE 645) is **DENIED**.

    Dated May 26, 2016.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY