UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>JOSE RODRIGUEZ FLORES<br>    Defendant. | CRIMINAL NO. 5:13-97-KKC<br><br><br>**OPINION AND ORDER** |

*** *** ***

This matter is before the Court on a motion (DE 720) by defendant Jose Rodrigue Flores requesting a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

The Court applied status points against the defendant, however, Defendant's Criminal History Category did not change. Accordingly, the defendant would not be entitled to any relief under the amendment.

For all these reasons, the Court hereby ORDERS that Flores's request (DE 720) for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines are DENIED.

Case: 5:13-cr-00097-KKC-HAI   Doc #: 723   Filed: 08/26/24   Page: 2 of 2 - Page ID#: 3415

This 26th day of August, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY